Chapter 7
Case Number: 07-13876
Judge William C. Hillman

# CERTIFICATE OF SERVICE

I, __David B. Madoff_____, of
**__Madoff & Khoury LLP, 124 Washington Street, Foxborough, MA  02035__, certify: that I am, and at all times during hereinafter mentioned was, more than 18 years of age; That on the __5th_____ day of __July 2007_____ I served a copy of the within summons, together with the petition filed in this case, on

Neil St. John Raymond

the debtor in this case, by [*describe here the mode of service*]

Regular and Certified Mail, Return Receipt Requested


to the said debtor at

Turner Hill Preservation Associates LLC
306 Dartmouth Street
Boston, Massachusetts  02116


I certify under the penalty of perjury that the foregoing is true an correct.




Executed on [date] __July 5, 2007_____        [signature]
                                                                                              __/s/ David B. Madoff_____
** State mailing address